IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

ANGELA JOYCE BROWN,

    Plaintiff,                                             ORDER FOR JUDGMENT

    v.                                                  23-cv-46-wmc

METLIFE GROUP, INC., and
METROPOLITAN LIFE INSURANCE COMPANY,

    Defendants and Counter-Claimant,

    and

L.R.B. (a minor), L.S.B. (a minor) and CHANTEL SHAW,

    Third-Party Defendants.
_____

In this interpleader action involving a life insurance policy, plaintiff Angela Brown and her minor children, L.R.B and L.S.B., moved for entry of default against third-party defendant Chantel Shaw, who has failed to appear in the case. Following the clerk's entry of default against Shaw, the court set a hearing for July 26, 2023, on plaintiff's and her children's motion for default judgment against Shaw. Plaintiff and her minor children appeared by Attorney William Smiley, and third-party defendant Shaw failed to appear. Having reviewed the affidavit of plaintiff's counsel and being satisfied that Shaw was given proper notice in accordance with the Federal Rules, the court concludes that default judgment against Shaw is appropriate. In addition, after the hearing, Attorney Smiley provided an affidavit and supporting documentation showing that he has incurred $10,972.26 in fees and $349.95 in costs, which appear to fall within the range of

reasonableness for this type of case. Accordingly, the court will enter judgment in favor of plaintiff Brown, L.R.B. and L.S.B. and will direct the payment of funds previously deposited with the court by Metropolitan Life Insurance Company, as set forth below.

ORDER

IT IS ORDERED THAT:

1) Plaintiff Angela Joyce Brown and her minor children L.R.B. and L.S.B. are entitled to default judgment in their favor, and against third-party defendant Chantel Shaw, in the amount of $150,643.84, plus any accrued interest. to be divided equally between L.R.B. and L.S.B. after payment of $10,972.26 in attorney fees and $349.95 in costs to Attorney William Smiley.

2) The clerk of court is directed to pay the $150,643.84, plus any accrued interest, previously deposited to the court to the Smiley Law Office Trust account.

3) The clerk of court is further directed to enter judgment and close this case.

Entered this 27th day of July, 2023.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge